■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

PATRICK LOMBARDO, Appellant.—Judgment, Supreme Court, Bronx County (Archie Gorfinkel, J.), rendered on July 13, 1984, unanimously affirmed. Motion by appellant to enlarge the record to include a certain exhibit granted. Concur—Sandler, J. P., Sullivan, Milonas and Kassal, JJ.